**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Thomas Alvin McCullough |
| Debtor 2 (Spouse, if filing) | Cynthia Sue McCullough |
| United States Bankruptcy Court for the: | Southern District of OH (State) |
| Case number | 18-bk-30283 |

Official Form 410S1

# Notice of Mortgage Payment Change           12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V

**Court claim no.** (if known): 11-1

**Last 4 digits** of any number you use to identify the debtor's account: 2412

**Date of payment change:**
Must be at least 21 days after date of this notice: 04 / 01 / 2018

**New total payment:** $ 906.09
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____      New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Adjustable rate

   Current interest rate: 2.00 %       New interest rate: 3.00 %
   Current principal and interest payment: $ 348.86       New principal and interest payment: $ 401.84

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____       New mortgage payment: $ _____

| Debtor 1 | Thomas Alvin McCullough | Case number (*if known*) 18-bk-30283 |
|---|---|---|
| | First Name    Middle Name    Last Name | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

☒ /s/ Kristin A. Zilberstein    Date 03/10/2018
Signature

Print:  Kristin A. Zilberstein    Title  AUTHORIZED AGENT
        First Name    Middle Name    Last Name

Company  The Law Offices of Michelle Ghidotti

Address  1920 Old Tustin Ave.
         Number    Street
         Santa Ana, CA 92705
         City                State    ZIP Code

Contact phone ( 949 ) 427 − 2010    Email  kzilberstein@ghidottilaw.com



| BORROWER |
|---|
| Thomas A McCullough |
| Cynthia S McCullough |
| 1816 East Dorothy Lane |
| Kettering, OH  45429 |

| ACCOUNT NO. | |
|---|---|
| STATEMENT DATE | 2/27/2018 |

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT**
**PROJECTIONS FOR COMING YEAR**

This is a statement of your escrow account as of 2/27/2018.

| CURRENT PAYMENT INFORMATION | |
|---|---|
| Contractual Due Date: | 3/1/2016 |
| Principal & Interest Payment: | $ 348.86 |
| Escrow Payment: | $ 432.26 |
| Current Payment: | $ 781.12 |
| Escrow Balance: | $ - |

| NEW PAYMENT INFORMATION | |
|---|---|
| Principal and Interest | $ 401.64 |
| Escrow Payment | $ 504.45 |
| Shortage | $ - |
| **Payment Amount** | $ 906.09 |
| **Effective Date** | 4/1/2018 |

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made from your account.

Beginning required escrow balance is $2,017.78.  Therefore you have a shortage of $1,032.90.

| ESCROW ACCOUNT PROJECTIONS FOR COMING YEAR | | |
|---|---|---|
| Month-Year | Payments from Escrow Account | Description |
| Apr-18 | $ - | |
| May-18 | $ 1,828.70 | Taxes |
| Jun-18 | $ - | |
| Jul-18 | $ - | |
| Aug-18 | $ - | |
| Sep-18 | $ - | |
| Oct-18 | $ - | |
| Nov-18 | $ - | |
| Dec-18 | $ 1,830.79 | Taxes |
| Jan-19 | $ 2,393.85 | Insurance |
| Feb-19 | $ - | |
| Mar-19 | $ - | |
| | | |
| | | |
| **Total Anticipated Disbursements:** | $ 6,053.34 | |

We anticipate the total of your coming year escrow invoices to be $6,053.34.  We divided that amount by the number of payments expected during the coming year to obtain your escrow payment.

IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS DEBT, THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT.

IF YOU ARE NOT IN BANKRUPTCY OR DISCHARGED OF THIS DEBT, BE ADVISED THAT FCI IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

FCI Lender Services, Inc. • 8180 E Kaiser Blvd • Anaheim • CA 92808 • NMLS# 4920 • CA BRE# 01022780 • www.trustfci.com

1  Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
2  Kristin A. Zilberstein (SBN 200041)
   Jennifer R. Bergh, Esq. (SBN 305219)
3  LAW OFFICES OF MICHELLE GHIDOTTI
   1920 Old Tustin Ave.
4  Santa Ana, CA 92705
   Ph: (949) 427-2010
5  Fax: (949) 427-2732
6  mghidotti@ghidottilaw.com

7  Attorney for Creditor
   Wilmington Savings Fund Society, FSB, D/B/A, Christian Trust as Owner Trustee of the
8  Residentail Credit Opportunities Trust V

9

10            UNITED STATES BANKRUPTCY COURT

11            SOUTHERN DISTRICT OF OHIO – DAYTON DIVISION

12

| | |
|---|---|
| In Re: ) | CASE NO.: 18-bk-30283 |
| ) | |
| Thomas Alvin McCullough and ) | CHAPTER 13 |
| Cynthia Sue McCullough ) | |
| ) | **CERTIFICATE OF SERVICE** |
| Debtors. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would

---

1
CERTIFICATE OF SERVICE

be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On March 10, 2018 I served the following documents described as:

- **PAYMENT CHANGE NOTICE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>**Thomas Alvin McCullough**<br>**Cynthia Sue McCullough**<br>1816 E. Dorothy Lane<br>Dayton, OH 45429 | **Chapter 13 Trustee**<br>**Jeffrey M Kellner**<br>131 N Ludlow St<br>Suite 900<br>Dayton, OH 45402 |
|---|---|
| **Debtor's Counsel**<br>**Richard E West**<br>Richard E. West Co., L.P.A.<br>195 E Central Avenue<br>Springboro, OH 45066 | **U.S. Trustee**<br>**Asst US Trustee (Day)**<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 |

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 10, 2018 at Santa Ana, California

/s / *Maben May*
Maben May

2
CERTIFICATE OF SERVICE