Michelle R. Ghidotti-Gonsalves, Esq. (SBN: 232837)
GHIDOTTI/BERGER LLP
5120 E. La Palma Ave., Ste. 206
Anaheim Hills, CA  92807
Tel: (949) 354-2601
Fax:  (949) 200-4381
Email: mghidotti@ghidottiberger.com

Attorneys for Secured Creditor,
Wilmington Savings Fund Society, FSB, D/B/A Christina Trust as Owner Trustee of the Residential Credit Opportunities Trust V

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF OHIO – DAYTON DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| Thomas Alvin McCullough and Cynthia Sue McCullough, | BK Case No.: 18-30283 |
| Debtor. | WITHDRAWAL OF PAYMENT CHANGE NOTICE (DOCKET NO. 66) |

Wilmington Savings Fund Society, FSB, D/B/A Christina Trust as Owner Trustee of the Residential Credit Opportunities Trust V, hereby withdraws its Payment Change Notice, Docket No. 66, filed on November 6, 2018.

Dated: January 31, 2019          /s/Michelle Ghidotti-Gonsalves
                                 Attorney for Wilmington Savings Fund Society, FSB

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
Kristin A. Zilberstein (SBN 200041)
Jennifer R. Bergh, Esq. (SBN 305219)
GHIDOTTI I BERGER
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph:  (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottiberger.com

Attorney for Creditor
Wilmington Savings Fund Society, FSB, D/B/A Christina Trust as Owner Trustee of the Residential Credit Opportunities Trust V

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF OHIO (DAYTON)

| In Re: | ) | CASE NO.:  18-30283 |
|---|---|---|
| Thomas Alvin McCullough and Cynthia Sue McCullough, | ) ) ) | CHAPTER 13 |
| Debtors. | ) ) | **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would

be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On January 31, 2019 I served the following documents described as:

- **WITHDRAWAL OF PAYMENT CHANGE NOTICE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>**Thomas Alvin McCullough**<br>50 Country Manor Lane<br>Apt H<br>Centerville, OH 45458<br><br>**Cynthia Sue McCullough**<br>1816 E. Dorothy Lane<br>Dayton, OH 45429<br>MONTGOMERY-OH<br><br>**Debtor's Counsel**<br>**Richard E West**<br>Richard E. West Co., L.P.A.<br>195 E Central Avenue<br>Springboro, OH 45066 | **Chapter 13 Trustee**<br>**Jeffrey M Kellner**<br>131 N Ludlow St<br>Suite 900<br>Dayton, OH 45402<br><br>**U.S. Trustee**<br>**Asst US Trustee (Day)**<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 |

__xx____(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 31, 2019 at Santa Ana, California

/*s / Maben May*
Maben May