**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Thomas Alvin McCullough |
| Debtor 2 (Spouse, if filing) | Cynthia Sue McCullough |
| United States Bankruptcy Court for the: | Southern District of Ohio (State) |
| Case number | 18-bk-30283 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wilmington Savings Fund Society, FSB, D/B/A Christina Trust as Owner Trustee of the Residential Credit Opportunities Trust III

**Court claim no.** (if known): 11-1

**Last 4 digits** of any number you use to identify the debtor's account: 2412

**Date of payment change:**
Must be at least 21 days after date of this notice: 03/01/2019

**New total payment:** $ 1,264.41
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: escrow analysis

   escrow analysis

   Current escrow payment: $ 504.45    New escrow payment: $ 862.77

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

| Debtor 1 | Thomas Alvin McCullough | Case number *(if known)* 18-bk-30283 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

# Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

☒ /s/ Kristin A. Zilberstein                                   Date 01/31/2019
Signature

| Print: | Kristin A. Zilberstein | Title | AUTHORIZED AGENT |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

Company: Ghidotti/Berger LLP.

Address: 1920 Old Tustin Ave.
Number   Street

Santa Ana, CA 92705
City   State   ZIP Code

Contact phone (949) 427 – 2010      Email kzilberstein@ghidottiberger.com

**FCI Lender Services, Inc.**
Customer Service: (800) 931-2424   Fax: 714-282-5775
Customer Information: www.trustfci.com  NMLS #4920, BRE #01022780

# Annual Escrow Disclosure Statement

| | | | | |
|---|---|---|---|---|
| **Borrower :** | THOMAS A MCCULLOUGH<br>CYNTHIA S MCCULLOUGH<br>1816 EAST DOROTHY LANE<br>KETTERING, OH 45429 | **Present Loan Information :** | Account Number | |
| | | | Paid To Date | 10/01/2018 |
| | | | Principal balance | $100,725.85 |
| | | | Note Rate | 2.000% |
| | | | Regular Payment | $348.86 |
| | | | Escrow Payment | $504.45 |
| | | | Suspense Payment | $0.00 |
| | | | Other Payments | $0.00 |
| **Property Address :** | 1816 EAST DOROTHY LANE<br>KETTERING, OH 45429 | | Suspense Balance | $507.29 |
| | | | Escrow Balance | ($2,189.30) |
| | | | Unpaid Interest | $0.00 |
| | | | Unpaid Charges | $550.00 |

Dear THOMAS A MCCULLOUGH
CYNTHIA S MCCULLOUGH :

Enclosed is your Escrow Disclosure Statement and notice of new mortgage payment for your loan. At least once a year FCI reviews your escrow account to determine if the current monthly payment amounts are sufficient to cover your projected taxes and/or insurance premiums. Increases or decreases in your annual tax and/or insurance amounts may cause your monthly payment to change. The first section of the Statement projects activity for the upcoming 12 months as well as any changes to your monthly installment. Prior Year Escrow Payment Activity on the Statement reflects activity on your escrow account from March 2018 through February 2019. Payments are shown in the month received which may not necessarily be the month due. **The Statement assumes timely receipt of payments and scheduled disbursements through February 28, 2020.**

**Surplus:** A Surplus is the amount by which a current impound/escrow balance exceeds the target balance for the 12-month period for the impound/escrow account. Refunds due to Surplus will be mailed within 30 days. Tax bills other than the annual secured bill are your responsibility to pay. Before spending your refund, you should check with your local County Tax Collector and/or the Assessor's Office to determine if a Supplemental Tax Bill is pending or expected to be issued.

**Shortage:** A Shortage means that an amount by which a current impound/escrow account balance falls short of the target balance at the time of the impound/escrow analysis. Some reasons for the shortage include deficiency of total payments received and increases in tax and/or insurance amount during the projection year.  If you choose to pay the escrow shortage in full rather than have it collected over 12 months, your new monthly payment is the amount listed in the top portion of your Statement. Your check for the lump sum payment and request should be submitted directly to FCI Lender Services, Inc. Attn: Escrow Department at the address listed below.

**Deficiency:** A Deficiency is the amount of a negative balance in an impound/escrow account which occurs due to the Servicer advancing funds to pay the impound/escrow item.

**Target Balance:** A Target Balance means the estimated month-end balance in an impound/escrow account that is just sufficient to cover the remaining disbursements from the impound/escrow account for the remainder of the 12 month period that are required to cover annual taxes, insurance, or other escrow/impound items.

Please take the time to review the Statement prior to the changes taking place. Changes to your monthly installment, as indicated in your Statement, will be reflected on your March, 2019  billing statement. If you are using an automatic  payment provider, please notify them of the change in payment  amount to avoid possible late fees.

If you have any questions regarding this Statement, please call our toll free number at 800-931-2424, Ext. 650, Monday through Friday between the hours of 8:00 a.m. and 5:00 p.m. Pacific Standard Time or visit our website www.trustfci.com at anytime. When calling, please reference your loan number, so that we may better serve you.

Regards,

Customer Care Department

**Account:**         **Statement Date:** 01-10-2019

## FCI Lender Services, Inc.
Customer Service: (800) 931-2424   Fax: 714-282-5775
Customer Information: www.trustfci.com NMLS #4920, BRE #01022780

## Annual Escrow Disclosure Statement

| SUMMARY | |
|---|---:|
| Total Projected Payments from Escrow | $6,636.13 |
| Divide by # of Months in Statement Period | 12 |
| Equals Monthly Projected Payments to Escrow | $553.01 |
| Target Balance = Projected Pymt to Escrow + 2 extra month cushion | $7,742.28 |
| Starting Projected Balance (Deficiency)(+) | ($171.50) |
| Starting Required Balance (-) | $1,658.95 |
| Delinquency Vouchers (-) | $0.00 |
| Your account is showing a shortage & deficiency (see letter for more information regarding shortage & deficiency ) | $1,830.45 |
| Shortage divided by 12 months | $138.25 |
| **P&I:** $401.64   **New Escrow:** $862.77   **New Payment:** | $1,264.41 |

| NEW PAYMENT INFORMATION AS OF 3/1/2019 | |
|---|---:|
| Principal & Interest | $401.64 |
| Escrow Payment | $553.02 |
| Shortage | $138.25 |
| Surplus | $0.00 |
| Deficiency | $171.50 |
| Suspense Payment | $0.00 |
| Others | $0.00 |
| Payment Amount | $1,264.41 |
| New Payment Date | 03/01/2019 |

**IMPORTANT NOTE:** It is our goal to provide you with accurate escrow information. If your loan account is delinquent, this analysis may not include current escrow information and may not accurately reflect your actual or projected escrow activity. Please inform this office immediately of your current tax and insurance information by calling 800-931-2424 in order to re-establish your escrow account. Insurance information may not be calculated into this analysis if the information was not provided to the Servicer. Please note, once annual insurance premium information has been provided, the payment must be re-projected.

These are the escrow items we anticipate we will collect for or pay on your behalf in your upcoming 12 month period. The dollar amount shown may be the last amount actually paid for that item, or may project the next amount due as defined by Federal Law. Based on these anticipated disbursements, the amount of your escrow deposit is calculated and displayed here.

### ESCROW ACCOUNT PROJECTIONS FOR COMING YEAR

| Month - Year | To Escrow | Shortage & Deficiency | From Escrow | Description | Escrow Balance Projected | Required |
|---|---|---|---|---|---|---|
| | | | | Required Deposit | ($171.50) | $1,658.95 |
| March-2019 | $553.02 | $309.75 | $0.00 | | $691.27 | $2,211.97 |
| April-2019 | $553.02 | $138.25 | $0.00 | | $1,382.54 | $2,764.99 |
| May-2019 | $553.02 | $138.25 | $1,985.22 | $195.84 - Montgomery County Treasurer / $1,789.38 - Montgomery County Treasurer | $88.59 | $1,332.79 |
| June-2019 | $553.02 | $138.25 | $0.00 | | $779.86 | $1,885.81 |
| July-2019 | $553.02 | $138.25 | $0.00 | | $1,471.13 | $2,438.83 |
| August-2019 | $553.02 | $138.25 | $0.00 | | $2,162.40 | $2,991.85 |
| September-2019 | $553.02 | $138.25 | $0.00 | | $2,853.67 | $3,544.87 |
| October-2019 | $553.02 | $138.25 | $0.00 | | $3,544.94 | $4,097.89 |
| November-2019 | $553.02 | $138.25 | $0.00 | | $4,236.21 | $4,650.91 |
| December-2019 | $553.02 | $138.25 | $1,987.31 | $1,790.47 - Montgomery County Treasurer / $196.84 - Montgomery County Treasurer | $2,940.17 | $3,216.62 |
| January-2020 | $553.02 | $138.25 | $2,663.60 | Farmers Insurance | $967.84 | $1,106.04 * |
| February-2020 | $553.02 | $138.25 | $0.00 | | $1,659.11 | $1,659.06 |
| Total : | $6,636.24 | $1,830.50 | $6,636.13 | | | |

Account:     Statement Date: 01-10-2019

\* This is your Low Point. The Low Point is zero plus the allowed reserve as guided by the Real Estate Settlement and Procedure Act (RESPA). Reserve amount by Federal Law (RESPA) is two times your monthly Escrow Payment (T&I) Excluding (MIP,PMI) unless State Law specifies a lower amount.

| Month - Year | Payments To Escrow | Shortage | Payments From Escrow | Description | Escrow Account Balance Projected | Required |
|---|---|---|---|---|---|---|
| PRIOR ESCROW PAYMENT PROJECTIONS April 2018 - March 2019 | | | | | | |
| | | | | Required Deposit | $10,806.50 | $2,017.74 |
| April-2018 | $504.45 | $0.00 | $0.00 | | $11,310.95 | $2,522.19 |
| May-2018 | $504.45 | $0.00 | $1828.70 | $180.70 - Montgomery County Treasurer $1648.00 - Montgomery County Treasurer | $9,986.70 | $1,197.94 |
| June-2018 | $504.45 | $0.00 | $0.00 | | $10,491.15 | $1,702.39 |
| July-2018 | $504.45 | $0.00 | $0.00 | | $10,995.60 | $2,206.84 |
| August-2018 | $504.45 | $0.00 | $0.00 | | $11,500.05 | $2,711.29 |
| September-2018 | $504.45 | $0.00 | $0.00 | | $12,004.50 | $3,215.74 |
| October-2018 | $504.45 | $0.00 | $0.00 | | $12,508.95 | $3,720.19 |
| November-2018 | $504.45 | $0.00 | $0.00 | | $13,013.40 | $4,224.64 |
| December-2018 | $504.45 | $0.00 | $1830.79 | $1649.09 - Montgomery County Treasurer $181.70 - Montgomery County Treasurer | $11,687.06 | $2,898.30 |
| January-2019 | $504.45 | $0.00 | $2393.85 | Farmers Insurance Payment Processing | $9,797.66 | $1,008.90 |
| February-2019 | $504.45 | $0.00 | $0.00 | | $10,302.11 | $1,513.35 |
| March-2019 | $504.45 | $0.00 | $0.00 | | $10,806.56 | $2,017.80 |
| Total : | $6,053.40 | $0.00 | $6,053.34 | | | |

The following statement of activity in your escrow account from **March 2018** To **February 2019** displays actual activity as it occurred in your escrow account during that period.

| Month - Year | Payments To Escrow | Payments From Escrow | Description | Balance |
|---|---|---|---|---|
| PRIOR YEAR ESCROW PAYMENT ACTIVITY March 2018 - February 2019 | | | | |
| March-2018 | $0.00 | $0.00 | | $0.00 |
| April-2018 | $0.00 | $0.00 | | $0.00 |
| May-2018 | $0.00 | $0.00 | | $0.00 |
| June-2018 | $0.00 | $0.00 | | $0.00 |
| July-2018 | $0.00 | $0.00 | | $0.00 |
| August-2018 | $0.00 | $0.00 | | $0.00 |
| September-2018 | $0.00 | $0.00 | | $0.00 |
| October-2018 | $0.00 | $0.00 | | $0.00 |
| November-2018 | $0.00 | $0.00 | | $0.00 |
| December-2018 | $432.26 | $0.00 | THOMAS A MCCULLOUGH | $432.26 |
| December-2018 | $432.26 | $0.00 | THOMAS A MCCULLOUGH | $864.52 |
| December-2018 | $504.45 | $0.00 | THOMAS A MCCULLOUGH | $1,368.97 |
| December-2018 | $504.45 | $0.00 | THOMAS A MCCULLOUGH | $1,873.42 |
| December-2018 | $504.45 | $0.00 | THOMAS A MCCULLOUGH | $2,377.87 |
| December-2018 | $504.45 | $0.00 | THOMAS A MCCULLOUGH | $2,882.32 |
| December-2018 | $504.45 | $0.00 | THOMAS A MCCULLOUGH | $3,386.77 |
| December-2018 | $504.45 | $0.00 | THOMAS A MCCULLOUGH | $3,891.22 |
| December-2018 | $504.45 | $0.00 | THOMAS A MCCULLOUGH | $4,395.67 |
| December-2018 | $0.00 | $2,661.38 | Farmers Insurance Payment Processing | $1,734.29 |
| December-2018 | $0.00 | $191.29 | Montgomery County Treasurer | $1,543.00 |
| December-2018 | $0.00 | $1,744.99 | Montgomery County Treasurer | ($201.99) |
| January-2019 | $0.00 | $1,790.47 | Montgomery County Treasurer | ($1,992.46) |
| January-2019 | $0.00 | $196.84 | Montgomery County Treasurer | ($2,189.30) |
| February-2019 | $0.00 | $0.00 | | ($2,189.30) |
| Total : | $4,395.67 | $6,584.97 | | |

Account:                    Statement Date: 01-10-2019

FCI Lender Services, Inc. * PO BOX 27370 * Anaheim * CA 92809-0112 * NMLS#4920 * BRE 01022780 * www.trustfci.com

***Note: FCI Lender Services, Inc. is a debt collector and is attempting to collect a debt.
Any information obtained will be used in furtherance of that purpose.***

IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU HAVE RECEIVED A BANKRUPTCY DISCHARGE, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT.

**Account:**              **Statement Date:** 01-10-2019

1  Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
2  Kristin A. Zilberstein (SBN 200041)
   Jennifer R. Bergh, Esq. (SBN 305219)
3  GHIDOTTI I BERGER
   1920 Old Tustin Ave.
4  Santa Ana, CA 92705
   Ph: (949) 427-2010
5  Fax: (949) 427-2732
6  mghidotti@ghidottiberger.com

7  Attorney for Creditor
   Wilmington Savings Fund Society, FSB, D/B/A Christina Trust as Owner Trustee of the
8  Residential Credit Opportunities Trust III

9

10                     UNITED STATES BANKRUPTCY COURT

11                     SOUTHERN DISTRICT OF OHIO (DAYTON)

12

| | | |
|---|---|---|
| In Re: | ) | CASE NO.: 18-30283 |
| | ) | |
| Thomas Alvin McCullough and Cynthia Sue McCullough, | ) ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) ) | **CERTIFICATE OF SERVICE** |
| | ) ) ) ) ) ) ) ) ) | |

21  _____

22                     **CERTIFICATE OF SERVICE**

23
       I am employed in the County of Orange, State of California. I am over the age of
24
   eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave.,
25
   Santa Ana, CA 92705.
26
       I am readily familiar with the business's practice for collection and processing of
27
   correspondence for mailing with the United States Postal Service; such correspondence would
28

be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On January 31, 2019 I served the following documents described as:

- **PAYMENT CHANGE NOTICE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>**Thomas Alvin McCullough**<br>50 Country Manor Lane<br>Apt H<br>Centerville, OH 45458<br><br>**Cynthia Sue McCullough**<br>1816 E. Dorothy Lane<br>Dayton, OH 45429<br>MONTGOMERY-OH<br><br>**Debtor's Counsel**<br>**Richard E West**<br>Richard E. West Co., L.P.A.<br>195 E Central Avenue<br>Springboro, OH 45066 | **Chapter 13 Trustee**<br>**Jeffrey M Kellner**<br>131 N Ludlow St<br>Suite 900<br>Dayton, OH 45402<br><br>**U.S. Trustee**<br>**Asst US Trustee (Day)**<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 |
|---|---|

__xx___ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 31, 2019 at Santa Ana, California

/*s / Maben May*
Maben May

2
CERTIFICATE OF SERVICE